IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSIE MARY WILLIAMS-ROGERS, *et al.* <br> **Plaintiffs.** | § § § § § | |
| versus | § | CIVIL. ACTION NO. H-09-2091 |
| BUFFALO PUMPS, INC., *et al.* <br> **Defendants.** | § § § § § | |

### ORDER OF DISMISSAL

In accordance with the Plaintiffs' Notice of Voluntary Dismissal as to all Defendants (Doc. #2) filed on September 9, 2009, this cause of action is DISMISSED without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this 11th day of Sept., 2009, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE